```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014  FAX (213) 689-3055
 4
 5                  UNITED STATES BANKRUPTCY COURT
                    CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                    ) Case No.: 2:09-bk-37081 VZ
                              )
 8     Torres, Victor Manuel  ) TRUSTEE'S NOTICE OF
                              ) UNCLAIMED DIVIDEND
 9                            ) (Bankruptcy Rule 3011)
                              )
                              )
10                            )
                              )
11
12       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13       Please find annexed hereto Check No. 631585 in the sum of

14  $806.19 representing the total amount of unclaimed dividend in

15  the above-entitled debtor's estate.  The check was not

16  deliverable at the address of record.  The Trustee, after due

17  diligence, has not been able to locate the payee.  Said sum is

18  paid over to you pursuant to Bankruptcy Rule 3011.  The record

19  reflects the name and address of the party entitled to said

20  unclaimed dividend to be:

21           Americas Servicing Co.
             7485 New Horizon Way
22           Frederick, MD 21703

23

24  Date:  January 20, 2011           /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                         Check No. 631585

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0937081-VZ | 301-0 | TORRES, VICTOR MANUEL | 6583 | 13,142.29 | 806.19 | 0.00 | 806.19 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA, 90014

Disbursement Account
**Suntrust Bank**

64-79 / 811

No. 631585

PAY** Eight Hundred Six Dollars and 19 Cents***************************************

TO THE ORDER OF

AMOUNT **********$806.19 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈631585⑈ ⑆061100790⑆ 000000575200 ⑈